**Motion Granted; Order filed December 3, 2020**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-20-00040-CR**
**NO. 14-20-00041-CR**
_____

**RODNELL HERBERT TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1605839 and 1605840**

## ORDER

In each of these appeals, appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. In each case, appellant filed a motion requesting to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted in both cases.

Accordingly, we hereby direct the Judge of the 337th District Court to afford appellant an opportunity to view the trial record in each case in accordance with local procedure; that the clerk of that court furnish the record in each case to appellant on or before **December 18, 2020;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made in each case; and that appellant file his pro se brief in each case with this court within thirty days of that date.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.